UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

LESSIE GLOVER, individually and
on behalf of all others similarly situated,

Case No. 19-CV-21900-CMA

CLASS ACTION

    Plaintiff,

v.

LIBERTY MUTUAL INSURANCE
COMPANY, LM GENERAL
INSURANCE COMPANY,

    Defendants.
_____/

### JOINT STATUS UPDATE ON THE *ROTH V. GEICO* APPEAL

Pursuant to the Court's Order Granting Defendant's Motion to Stay [Dkt. 76], the Parties submit this status update.  The briefing in the *Roth v. GEICO* case in the Eleventh Circuit, No. 19-11652, was complete on October 28, 2019.  Oral argument has been tentatively scheduled for the week of June 8, 2020, in Miami, Florida.

Dated: April 2, 2020

/s/ *Jacob Phillips*
Jacob L. Phillips
Florida Bar No.: 120130
Edmund A. Normand
Florida Bar No.: 865590
**NORMAND PLLC**
3165 McCrory Pl., Ste. 175
Orlando, FL 32803
Tel: 407-603-6031

Scott Edelsberg, Esq.
Florida Bar No.: 0100537
**EDELSBERG LAW, P.A.**
19495 Biscayne Blvd., No. 607
Aventura, FL 33180
Tel: 305-975-3320
scott@edelsberglaw.com

Andrew J. Shamis
Florida Bar No. 101754
Garrett O. Berg, Esq.
Florida Bar No. 1000427
**SHAMIS & GENTILE, P.A.**
14 NE 1st Ave., Ste. 1205
Miami, FL 33132
Tel:  305-479-2299
Fax: 786-623-0915
ashamis@shamisgentile.com
gberg@shamisgentile.com

Rachel Dapeer
Florida Bar No. 108039
**DAPEER LAW, P.A.**
300 S. Biscayne Blvd., No. 2704
Miami, FL 33131
Tel: 305-610-5223
rachel@dapeer.com
*Attorneys for Plaintiff*


/s/ *David B. Carpenter*
Daniel F. Diffley*
David B. Carpenter*
Cassandra K. Johnson*
**ALSTON & BIRD LLP**
1201 W. Peachtree Street
Atlanta, Georgia 30309
Tel.: 404-881-7000

**MATTHEW J. LAVISKY, ESQ.**
Florida Bar No.: 48109
mlavisky@butler.legal
400 N. Ashley Drive, Suite 2300
Tampa, Florida  33602
Telephone: (813) 281-1900
*Attorneys for Defendants*