UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-21900-CIV-ALTONAGA/Goodman

**LESLIE GLOVER**,

    Plaintiff,

v.

**LM GENERAL INSURANCE COMPANY,**

    Defendant.

_____/

## ORDER

**THIS CAUSE** came before the Court on Plaintiff, Leslie Glover's Amended Motion for Class Certification [ECF 65], filed on October 16, 2019. The Court stayed the case pending resolution of an appeal — that would potentially address relevant legal issues — in a separate action. (*See* Dec. 4, 2019 Order [ECF No. 76] 4). Subsequently, at the parties' request, the Court reopened the case and scheduled an October 16, 2020 hearing on the Motion. (*See* Sept. 25, 2020 Order [ECF No. 82] 1). On October 14, 2020, on the eve of the hearing, Defendant, LM General Insurance Company, filed a Motion to Dismiss for Lack of Subject Matter Jurisdiction [ECF No. 83].

As the Court's subject matter jurisdiction has been put at issue, resolving the merits of Plaintiff's Class Certification Motion is premature. Thus, to better manage the orderly progress of the case, it is

**ORDERED AND ADJUDGED** that Plaintiff's Amended Motion for Class Certification **[ECF 65]** is **DENIED without prejudice**. The **October 16, 2020** class certification motion hearing is **CANCELLED**. Should the Court deny Defendant's Motion to Dismiss **[ECF No. 83]**, the Court will reinstate Plaintiff's Motion for Class Certification and set it for hearing.

CASE NO. 19-21900-CIV-ALTONAGA/Goodman

**DONE AND ORDERED** in Miami, Florida, this 15th day of October, 2020.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record